IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONWIDE GENERAL<br>INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>MCJ RESTAURANT GROUP, LLC<br>d/b/a THE GASTHAUS,<br><br>                    Defendant. | Case No. 25-CV-01378-SPM |

# DEFAULT JUDGMENT

Plaintiff Nationwide General Insurance Company of America filed the instant declaratory judgment action pursuant to 28 U.S.C. § 2201 seeking a declaration that it does not owe a duty to defend or indemnify Defendant MCJ Restaurant Group, LLC d/b/a The Gasthaus with respect to a lawsuit filed by Elizabeth Wright against MCJ in the Twentieth Judicial circuit for St. Clair County, Illinois. (*See* Doc. 21, p. 1 (citing *Wright v. MCJ Rest. Grp., LLC*, No. 2025LA000186 (Ill. Cir. Ct.)); *see also* Doc. 1). In her state court case, Wright alleges that she was sexually harassed and assaulted by her supervisor (an owner of MCJ) when she was employed by MCJ as a manager for The Gasthaus. (*See* Doc. 21). This Court granted Nationwide's Motion for Default Judgment on November 19, 2025. (*See* Doc. 22). For the reasons below, Nationwide's request for declaratory judgment is **GRANTED** and Default Judgment is hereby **ENTERED**.

There are two stages to default. First, the Clerk of Court must enter a party's default "[w]hen a party against whom a judgment for affirmative relief has failed to

plead or otherwise defend, and that failure is shown by affidavit or otherwise." FED. R. CIV. P. 55. Then, the Court may enter a default judgment for the amount due. *Id*. The Clerk of Court entered Defendant's default on September 10, 2025. (*See* Doc. 14). Plaintiff Nationwide has provided evidence proving that (1) MCJ is not a named insured on the policy and (2) that the conduct at issue in Wright's lawsuit falls under the various exclusions in the policy. (*See* Docs. 21, 22). "It is well-settled that the court has authority to enter declaratory default judgments as well as default judgments for monetary damages." *Tygris Asset Fin., Inc. v. Szollas*, No. 09 C 4488, 2010 WL 2266432, at *6 (N.D. Ill. June 7, 2010) (citing *Owners Ins. Co. v. Complete Mech. Servs., Inc.*, No. 08 C 4201, 2008 WL 4821654, at *1–2 (N.D. Ill. Oct. 31, 2008)). It is therefore appropriate for this Court to enter a default judgment.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Nationwide General Insurance Company has a default judgment against Defendant MCJ Restaurant Group, LLC d/b/a The Gasthaus. This Court holds that Nationwide owes no coverage to MCJ nor does it have a duty to defend or indemnify MCJ with respect to the lawsuit filed by Elizabeth Wright against MCJ in the Twentieth Judicial Circuit for St. Clair County, Illinois. *See Wright v. MCJ Rest. Grp., LLC*, No. 2025LA000186 (Ill. Cir. Ct.).

**IT IS SO ORDERED.**

**DATED:  November 19, 2025**

**s/ *Stephen P. McGlynn*** 
**STEPHEN P. McGLYNN** 
**U.S. District Judge**
